UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: EP:26-CR-00622(1)-DC |
| | § | |
| (1) MIRIAM YOSELINE NAJERA | § | |

**ORDER SETTING JURY TRIAL**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY TRIAL,** in the District Courtroom, Room 422, 525 Magoffin Avenue, El Paso, TX 79901, on **October 06, 2026 at 09:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 30th day of September, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE