**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO. 3:26-CR-00622-DC** |
| **v.** | § | |
| | § | |
| **MIRIAM YOSELINE NAJERA,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## GOVERNMENT'S LIST OF PROPOSED EXHIBITS

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | BOTA Map | | |
| 2 | LEP 2-23-26 | | |
| 3 | Photo - Car BOTA | | |
| 4 | Scan + MP Annotations | | |
| 5 | LEP 2-16-26 | | |
| 6 | LEP 2-18-26 | | |
| 7 | Scan 2-16-26 | | |
| 8 | Scan 2-18-26 | | |
| 9 | Najera Passport_Redacted | | |
| 9B | Najera Passport_Unredacted | | |
| 10 | Shelf in Trunk | | |
| 11 | Shelf in Trunk Close | | |
| 12 | Car Trunk Open | | |
| 13 | Car Trunk Open Close | | |
| 14 | Car Side View | | |
| 15 | Car Side View Back | | |
| 16 | Car Driver's Door Open | | |
| 17 | Car Driver's Side Floor | | |
| 18 | Car Passenger's Side Floor | | |
| 19 | Speaker Hole | | |
| 20 | 15 Bundles on Scale | | |
| 21 | Scale Reading 17.38 kg | | |
| 22 | Bundles on Scale After Field Test | | |
| 23 | Funny Money | | |
| 24 | Funny Money Packaging | | |
| 25 | 6051 Cocaine Bulk | | |

| | | | |
|---|---|---|---|
| 26 | Vault Log BOTA | | |
| 27 | Cocaine Bulk in Box | | |
| 28 | 6051 Cocaine Sample | | |
| 29 | Cocaine Samples | | |
| 30 | Cocaine Samples on Scale | | |
| 31 | Bundles on Scale After 15 Samples | | |
| 32 | Chain of Custody NM Lab | | |
| 33 | Lab Report | | |
| 34 | Miranda Waiver with Translation | | |
| 35 | Phone Consent with Translation | | |
| 36 | Center Compartment | | |
| 37 | Video - Interview_Redacted | | |
| 37B | Video - Interview_Unredacted | | |
| 37C | Certificate of Transcription & Translation | | |
| 37D | Transcription & Translation | | |
| 38 | Video - POE | | |
| 39 | Najera Crossing History | | |
| 40 | Car Rear View | | |
| 41 | Laboratory Submission Receipt_Redacted | | |

DATED this 27th day of February, 2026.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorney of record for the Defendant.