**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO. 3:26-CR-00622-DC** |
| **v.** | § | |
| | § | |
| **MIRIAM YOSELINE NAJERA,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**GOVERNMENT'S LIST OF PROSPECTIVE WITNESSES**

1. Alejandro Aranda, Customs and Border Protection Officer
2. Jonathan Arias, Customs and Border Protection Officer
3. David Barkley, Homeland Security Investigations Seized Property Specialist
4. Andrew Buchanan, New Mexico Department of Public Safety Forensic Scientist
5. Alexa Candelaria, Customs and Border Protection Officer
6. Sergio Contreras, Homeland Security Investigations Task Force Officer
7. Victor Cordero, Homeland Security Investigations Seized Property Specialist
8. Aaron Garcia, Customs and Border Protection Officer
9. Jefferey Jackson, Customs and Border Protection Officer
10. Michael Prieto, Customs and Border Protection Officer
11. Anibal Velez-Cruz, Customs and Border Protection Officer

DATED this 2nd day of October, 2026.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the attorney of record for the Defendant.